IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MICHELLE GUTIERREZ,

    Plaintiff,

vs.                                           Civ. No. 19-124 JCH/JFR

MARCELLO'S CHOPHOUSE, et al.,

    Defendants.

### ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

**THIS MATTER** is before the Court on the Proposed Findings of Fact and Recommended Disposition by United States Magistrate Judge John F. Robbenhaar, filed December 18, 2020. Doc. 75. Objections were due by no later than January 4, 2021. The parties have not filed any objections. The failure to make timely objections to the Magistrate Judge's Proposed Findings and Recommended Disposition waives appellate review of both factual and legal questions. *U.S. v. One Parcel of Real Property*, 73 F.3d 1057, 1059 (10th Cir. 1996).

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Proposed Findings and Recommended Disposition (Doc. 75) are **ADOPTED**;

**IT IS FURTHER ORDERED** that Plaintiff shall file the Amended Complaint, excluding Counts II, IV and VI, in accordance with the Magistrate Judge's Orders.

                                                              _____
                                                              SENIOR UNITED STATES DISTRICT JUDGE